```
 1
 2
 3
 4
 5
 6
 7
```

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

```
UNITED STATES OF AMERICA,    ) NO. CV-19-2340-JFW(Ex)
                             )
         Petitioner,         )
                             )
     v.                      ) ORDER TO SHOW CAUSE
                             )
DAVID EHRLICH,               )
                             )
         Respondent.         )
_____)
```

Based on the Petition to Enforce Internal Revenue Service Summons, Memorandum of Points and Authorities and supporting Declaration of Kathryn Rubarski, the Court finds that Petitioner has established a prima facie case for judicial enforcement of an Internal Revenue Service Summons.  See United States v. Powell, 379 U.S. 48 (1964).

**IT IS ORDERED** that Respondent appear on **May 13, 2019, at 9:30 a.m.**, in Courtroom 750 of the Roybal Federal Building and United States Courthouse, located at 255 East Temple Street, Los Angeles, California, 90012, to show cause, if there be any, why the production

of the books, papers, records and other data demanded in Attachment A to the Declaration of Kathryn Rubarski should not be compelled.

IT IS FURTHER ORDERED that, within ten (10) days of the date of this Order, Petitioner shall serve on Respondent copies of this Order, the Petition, Memorandum of Points and Authorities and accompanying Declaration: (a) by personal delivery; (b) by leaving a copy at Respondent's dwelling or usual place of abode with someone of suitable age and discretion who resides there; or (c) by certified mail. Petitioner shall file proof of such service within ten (10) days of the date of this Order.

IT IS FURTHER ORDERED that, within ten (10) days after service upon Respondent of the above-described documents, Respondent shall file and serve a written response, supported by appropriate declaration(s) signed under penalty of perjury, as well as any desired motions.  If Respondent files a timely response stating that Respondent does <u>not</u> oppose the relief sought in the Petition, then the appearance of Respondent at the May 13, 2019 hearing on this Order to Show Cause shall be excused and Respondent shall produce to Petitioner the documents demanded in Exhibit A within ten (10) days after the filing of Respondent's response.  Failure by Respondent timely to file a written response to this Order to Show Cause may result in the granting of the Petition.

///
///
///
///

2

Petitioner may file a Reply within five (5) days of the date Respondent's response is filed.

DATED: April 11, 2019.

/s/
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE